IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-268-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY DEVON OBEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 16, 2017, defendant filed a motion for equitable tolling concerning a motion under 28 U.S.C. § 2255 [D.E. 191]. The government's response to the motion is due November 30, 2017.

SO ORDERED. This 14 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge